Christopher R. Barclay, Chapter 7 Trustee
5055 N. Harbor Drive, Suite 210
San Diego, CA 92106
U.S. Mail: P.O. Box 2819, La Mesa, CA 91943-2819
Tel.: (619) 255-1529
Email: admin@crb7trustee.com

# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## SAN DIEGO DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| RS. Design & Development, Inc. | § | Case No. 18-07412-LT7 |
| Richard Kegel, Case No. 18-07419-LT7 | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Christopher R. Barclay, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 25,079,280.00
*(Without deducting any secured claims)*

Assets Exempt: NA

Total Distributions to Claimants: 1,254,632.68

Claims Discharged
Without Payment: NA

Total Expenses of Administration: 419,069.79

3) Total gross receipts of $1,673,702.47 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,673,702.47 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,391,046.73 | $639,126.37 | $1,195,816.67 | $1,195,816.67 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 417,428.79 | 419,069.79 | 419,069.79 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 2,557.62 | 2,557.62 | 2,557.62 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 412,941.29 | 249,037.31 | 371,537.31 | 56,258.39 |
| **TOTAL DISBURSEMENTS** | $1,803,988.02 | $1,308,150.09 | $1,988,981.39 | $1,673,702.47 |

4)  This case was originally filed under chapter 7 on 12/18/2018.  The case was pending for 34 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/14/2021                    By:/s/Christopher R. Barclay
                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 951 Seacoast Drive, Imperial Beach, CA 91932 | 1110-000 | 1,655,000.00 |
| 506(c) Surcharge Per Settlement with Equity Trust Company | 1249-000 | 18,702.47 |
| Good Faith Deposit from Calle Media LLC | 1280-000 | 0.00 |
| TOTAL GROSS RECEIPTS | | $1,673,702.47 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Daniel S. Kullberg (per Kegel bk schedules) | | 8,500.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Daniel S. Kullberg (Per Kegel bk schedules) | | 0.00 | NA | NA | 0.00 |
| | Daniel S. Kullberg (Per Kegel bk schedules) | | 1,500.00 | NA | NA | 0.00 |
| | P&S Realty Investments, Inc (also listed in Kegel bk schedules) | | 375,000.00 | NA | NA | 0.00 |
| | SD Lending LLC (also listed in Kegel bk schedules) | | 425,000.00 | NA | NA | 0.00 |
| 5 | Equity Trust Company | 4110-000 | 101,046.73 | 116,654.10 | 132,566.67 | 132,566.67 |
| 7A | Fernando Silva and Kathryn Silva | 4110-000 | 480,000.00 | 522,472.27 | 168,250.00 | 168,250.00 |
| | P & S Realty Investments, Inc. | 4110-000 | NA | 0.00 | 413,570.00 | 413,570.00 |
| | SD Lending, LLC | 4110-000 | NA | 0.00 | 481,430.00 | 481,430.00 |
| TOTAL SECURED CLAIMS | | | $1,391,046.73 | $639,126.37 | $1,195,816.67 | $1,195,816.67 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Christopher R. Barclay | 2100-000 | NA | 72,900.00 | 72,900.00 | 72,900.00 |
| Christopher R. Barclay | 2200-000 | NA | 1,472.93 | 1,472.93 | 1,472.93 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Disclosure Source | 2500-000 | NA | 99.00 | 99.00 | 99.00 |
| QJ Development LLC | 2500-000 | NA | 39,000.00 | 39,000.00 | 39,000.00 |
| Ticor Title and Escrow | 2500-000 | NA | 2,977.00 | 2,977.00 | 2,977.00 |
| Ticor Title Company of California | 2500-000 | NA | 4,808.00 | 4,808.00 | 4,808.00 |
| Axos Bank | 2600-000 | NA | 282.05 | 282.05 | 282.05 |
| UNITED STATES BANKRUPTCY COURT | 2700-000 | NA | 14.00 | 14.00 | 14.00 |
| FRANCHISE TAX BOARD | 2820-000 | NA | 800.00 | 2,441.00 | 2,441.00 |
| San Diego County Tax Collector | 2820-000 | NA | 15,387.73 | 15,387.73 | 15,387.73 |
| FINLAYSON TOFFER | 3210-000 | NA | 169,318.00 | 169,318.00 | 169,318.00 |
| FINLAYSON TOFFER | 3220-000 | NA | 1,608.58 | 1,608.58 | 1,608.58 |
| Office of C.R. Barclay, CPA | 3310-000 | NA | 8,928.50 | 8,928.50 | 8,928.50 |
| Office of C.R. Barclay, CPA | 3320-000 | NA | 533.00 | 533.00 | 533.00 |
| Flavia Berys | 3510-000 | NA | 49,650.00 | 49,650.00 | 49,650.00 |
| Lee & Associates Commercial RE Services | 3510-000 | NA | 49,650.00 | 49,650.00 | 49,650.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $NA | $417,428.79 | $419,069.79 | $419,069.79 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $NA | $NA | $NA | $NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2A | FRANCHISE TAX BOARD | 5800-000 | 0.00 | 2,557.62 | 2,557.62 | 2,557.62 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $2,557.62 | $2,557.62 | $2,557.62 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Algert Engineering | | 625.00 | NA | NA | 0.00 |
| | Algert Engineering (per Kegel bk schedules) | | 685.00 | NA | NA | 0.00 |
| | Bank of America (per Kegel bk schedules) | | 2,050.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | California American Water (per Kegel bk schedules) | | 93.00 | NA | NA | 0.00 |
| | Capital One (per Kegel bk schedules) | | 2,057.00 | NA | NA | 0.00 |
| | Capital One (per Kegel bk schedules) | | 1,800.00 | NA | NA | 0.00 |
| | Chase Card (per Kegel bk schedules) | | 1,020.00 | NA | NA | 0.00 |
| | City of Imperial Beach (also listed in Kegel bk schedules) | | 2,803.25 | NA | NA | 0.00 |
| | Credit Control Corp (also listed in Kegel bk schedules) | | 407.00 | NA | NA | 0.00 |
| | Credit One Bank (per Kegel bk schedules) | | 1,750.00 | NA | NA | 0.00 |
| | Credit One Bank (per Kegel bk schedules) | | 900.00 | NA | NA | 0.00 |
| | Daniel S. Kullberg (per Kegel bk schedules) | | 50,056.88 | NA | NA | 0.00 |
| | Daniel S. Kullberg (per Kegel bk schedules) | | 30,238.13 | NA | NA | 0.00 |
| | David Speckman (per Kegel bk schedules) | | 1,393.25 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover More Card (per Kegel bk schedules) | | 9,150.00 | NA | NA | 0.00 |
| | Diversified Adjustment (per Kegel bk schedules) | | 842.00 | NA | NA | 0.00 |
| | Donaban Presicho (also listed in Kegel bk schedules) | | 4,000.00 | NA | NA | 0.00 |
| | EDCO (also listed in Kegel bk schedules) | | 174.00 | NA | NA | 0.00 |
| | First Electric Bank Fry's (per Kegel bk schedules) | | 1,475.00 | NA | NA | 0.00 |
| | James Bashaw (per Kegel bk schedules) | | 15,000.00 | NA | NA | 0.00 |
| | Jeffrey Middaugh (also listed in Kegel bk schedules) | | 8,892.54 | NA | NA | 0.00 |
| | Marc S. Bragg, Esq. | | 50,056.88 | NA | NA | 0.00 |
| | San Diego Gas & Electric (also listed in Kegel bk schedules) | | 403.00 | NA | NA | 0.00 |
| | SCST, Inc (per Kegel bk schedules) | | 800.00 | NA | NA | 0.00 |
| | Shustak, Reynolds & Partners (per Kegel bk schedules) | | 3,569.65 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | SYNCB Paypal (per Kegel bk schedules) | | 2,816.65 | NA | NA | 0.00 |
| | Wells Fargo Bank (per Kegel bk schedules) | | 5,118.58 | NA | NA | 0.00 |
| | Whitney Harris (also listed in Kegel bk schedules) | | 533.76 | NA | NA | 0.00 |
| 6 | Daniel Kullberg | 7100-000 | 115,000.00 | 157,132.53 | 157,132.53 | 24,349.16 |
| 8 | Deepalie Milie Joshi, Esq. | 7100-000 | NA | 5,000.00 | 5,000.00 | 774.80 |
| 7B | Fernando Silva and Kathryn Silva | 7100-000 | NA | 0.00 | 41,368.25 | 6,410.40 |
| 9 | Foldenauer Law Group Aplc | 7100-000 | 38,028.22 | 39,173.00 | 39,173.00 | 6,070.22 |
| 7C | Javier Villela | 7100-000 | NA | 0.00 | 81,131.75 | 12,572.12 |
| 4 | Mims Lundegren | 7100-000 | 1,500.00 | 1,550.00 | 1,550.00 | 240.19 |
| 3 | Richard Leuthold, Esq. | 7100-000 | 59,702.50 | 37,697.00 | 37,697.00 | 5,841.50 |
| 2B | FRANCHISE TAX BOARD | 7300-000 | NA | 1,284.78 | 1,284.78 | 0.00 |
| 11 | INTERNAL REVENUE SERVICE | 7300-000 | NA | 7,200.00 | 7,200.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $412,941.29 | $249,037.31 | $371,537.31 | $56,258.39 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | |
|---|---|
| Case No: | 18-07412 LT |
| Case Name: | RS. Design & Development, Inc. |
| | Richard Kegel, Case No. 18-07419-LT7 |
| For Period Ending: | 10/14/2021 |

| | |
|---|---|
| Judge: | Laura S. Taylor |

| | |
|---|---|
| Trustee Name: | Christopher R. Barclay |
| Date Filed (f) or Converted (c): | 12/18/2018 (f) |
| 341(a) Meeting Date: | 02/26/2019 |
| Claims Bar Date: | 08/14/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Wells Fargo Business Checking 4445<br><br>For RS Design & Development, Inc., 18-07412-LT7 | 0.00 | 0.00 | | 0.00 | FA |
| 2.  2001 Mercedes Benz (Auction Purchase)<br><br>For RS Design & Development, Inc., 18-07412-LT7. Also relates to Asste #11. Abandoned by trustee per notice of proposed abandonement filed on November 4, 2019 [Docket 101]. Order approving abandonment entered on January 16, 2020 [Docket 141]. | 3,800.00 | 0.00 | OA | 0.00 | FA |
| 3.  951 Seacoast Drive, Imperial Beach, CA 91932<br><br>For RS Design & Development, Inc., 18-07412-LT7 | 1,999,990.00 | 90,953.27 | | 1,655,000.00 | FA |
| 4.  Claim Against Sean Foldenauer for Professional Negligence<br><br>Property abandoned by trustee per notice of proposed abandonment filed on April 12, 2021 [Docket 254]. Order approving abandonmed entered on June 17, 2021 [Docket 274].<br><br>For RS Design & Development, Inc., 18-07412-LT7. Also relates to Asset #28. | Unknown | 1.00 | OA | 0.00 | FA |
| 5.  Claim Against Richard Leuthold for Professional Negligence<br><br>Property abandoned by trustee per notice of proposed abandonment filed on April 12, 2021 [Docket 255]. Order approving abandonmed entered on June 17, 2021 [Docket 273].<br><br>For RS Design & Development, Inc., 18-07412-LT7. Also relates to Asset #27. | Unknown | 1.00 | OA | 0.00 | FA |
| 6.  Claim Against David Speckman for Professional Negligence<br><br>For RS Design & Development, Inc., 18-07412-LT7. Also relates to Asset #30. | Unknown | 1.00 | | 0.00 | FA |

Page: **2**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 18-07412 | LT | Judge: | Laura S. Taylor | Trustee Name: | Christopher R. Barclay |
|---|---|---|---|---|---|---|

| Case Name: | RS. Design & Development, Inc. | | | | Date Filed (f) or Converted (c): | 12/18/2018 (f) |
| | Richard Kegel, Case No. 18-07419-LT7 | | | | 341(a) Meeting Date: | 02/26/2019 |
| For Period Ending: | 10/14/2021 | | | | Claims Bar Date: | 08/14/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 7. State Court Appeal Action of Kegel of Judgment Entered in Kullberg v Kegel et al.<br><br>For RS Design & Development, Inc., 18-07412-LT7.  State Court Appeal Action of Richard & Susan Kegel of Judgment Entered in Kullberg v Kegel et al. Also relates to Asset #29. | Unknown | 1.00 | | 0.00 | FA |
| 8. Claim Against Soraya Pizzey for Breach of Fiduciary Duty<br><br>For RS Design & Development, Inc., 18-07412-LT7.  Also relates to Asset #31. | Unknown | 1.00 | | 0.00 | FA |
| 9. Claim Against Mark Fisher for Refund for Advanced Fees Paid Without Services<br><br>For RS Design & Development, Inc., 18-07412-LT7. Also relates to Asset #32. | 9,000.00 | 0.00 | | 0.00 | FA |
| 10. 951 Seacoast Drive, Imperial Beach, CA 91932<br><br>For Richard Kegel, 18-07419-LT7.  Also relates to Asset #3. Individual Debtor asserts claim of exemption in the amount of $175,000. Trustee filed an objection to Debtor's claim of exemption on May 30, 2019 [Docket 76]. | 1,999,990.00 | 0.00 | | 0.00 | FA |
| 11. 2001 Mercedes Benz<br><br>For Richard Kegel, 18-07419-LT7.  Also relates to Asset #2. Claimed exempt by debtors in the amount of $3,050.00 per CCP Section 704.010. Abandoned by trustee per notice of proposed abandonement filed on November 4, 2019 [Docket 101]. Order approving abandonment entered on January 16, 2020 [Docket 141]. | 3,800.00 | 0.00 | OA | 0.00 | FA |
| 12. Airbus Motorhome<br><br>For Richard Kegel, 18-07419-LT7.  Claimed fully exempt by debtor.  Abandoned by trustee per notice of proposed abandonement filed on November 4, 2019 [Docket 101]. Order approving abandonment entered on January 16, 2020 [Docket 141]. | 1,000.00 | 0.00 | OA | 0.00 | FA |

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 18-07412 | LT | Judge: | Laura S. Taylor | Trustee Name: | | Christopher R. Barclay |
|---|---|---|---|---|---|---|---|
| Case Name: | RS. Design & Development, Inc. | | | | Date Filed (f) or Converted (c): | | 12/18/2018 (f) |
| | Richard Kegel, Case No. 18-07419-LT7 | | | | 341(a) Meeting Date: | | 02/26/2019 |
| For Period Ending: | 10/14/2021 | | | | Claims Bar Date: | | 08/14/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13.  Household Goods<br><br>For Richard Kegel, 18-07419-LT7.  Claimed fully exempt by debtor.  Abandoned by trustee per notice of proposed abandonement filed on November 4, 2019 [Docket 101]. Order approving abandonment entered on January 16, 2020 [Docket 141]. | 500.00 | 0.00 | OA | 0.00 | FA |
| 14.  Refurbished Computer; Smart Phones<br><br>For Richard Kegel, 18-07419-LT7.  Claimed fully exempt by debtor.  Abandoned by trustee per notice of proposed abandonement filed on November 4, 2019 [Docket 101]. Order approving abandonment entered on January 16, 2020 [Docket 141]. | 500.00 | 0.00 | OA | 0.00 | FA |
| 15.  Exercise Equipment, Thrift Store Piano<br><br>For Richard Kegel, 18-07419-LT7.  Claimed fully exempt by debtors. Abandoned by trustee per notice of proposed abandonement filed on November 4, 2019 [Docket 101]. Order approving abandonment entered on January 16, 2020 [Docket 141]. | 700.00 | 0.00 | OA | 0.00 | FA |
| 16.  Normal Used Wearing Apparel<br><br>For Richard Kegel, 18-07419-LT7.  Claimed fully exempt by debtor. Abandoned by trustee per notice of proposed abandonement filed on November 4, 2019 [Docket 101]. Order approving abandonment entered on January 16, 2020 [Docket 141]. | 200.00 | 0.00 | OA | 0.00 | FA |
| 17.  Wedding Bands<br><br>For Richard Kegel, 18-07419-LT7.  Claimed fully exempt by debtor.  Abandoned by trustee per notice of proposed abandonement filed on November 4, 2019 [Docket 101]. Order approving abandonment entered on January 16, 2020 [Docket 141]. | 500.00 | 0.00 | OA | 0.00 | FA |

Page: 4

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 18-07412 | LT | Judge: | Laura S. Taylor | Trustee Name: | | Christopher R. Barclay |
|---|---|---|---|---|---|---|---|
| Case Name: | RS. Design & Development, Inc. | | | | Date Filed (f) or Converted (c): | | 12/18/2018 (f) |
| | Richard Kegel, Case No. 18-07419-LT7 | | | | 341(a) Meeting Date: | | 02/26/2019 |
| For Period Ending: | 10/14/2021 | | | | Claims Bar Date: | | 08/14/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 18. 1 Dog (terrier mix; rescue)<br><br>For Richard Kegel, 18-07419-LT7.  Claimed fully exempt by debtor.  Abandoned by trustee per notice of proposed abandonement filed on November 4, 2019 [Docket 101]. Order approving abandonment entered on January 16, 2020 [Docket 141]. | 50.00 | 0.00 | OA | 0.00 | FA |
| 19. Cash on Hand<br><br>For Richard Kegel, 18-07419-LT7.  Claimed fully exempt by debtor.  Abandoned by trustee per notice of proposed abandonement filed on November 4, 2019 [Docket 101]. Order approving abandonment entered on January 16, 2020 [Docket 141]. | 300.00 | 0.00 | OA | 0.00 | FA |
| 20. Wells Fargo Bank Checking (4678)<br><br>For Richard Kegel, 18-07419-LT7.  Claimed fully exempt by debtor. Abandoned by trustee per notice of proposed abandonement filed on November 4, 2019 [Docket 101]. Order approving abandonment entered on January 16, 2020 [Docket 141]. | 20.00 | 0.00 | OA | 0.00 | FA |
| 21. Union Bank Checking (0243)<br><br>For Richard Kegel, 18-07419-LT7 | 20.00 | 0.00 | | 0.00 | FA |
| 22. Wells Fargo Bank Checking (8100)<br><br>For Richard Kegel, 18-07419-LT7 | 30.00 | 0.00 | | 0.00 | FA |
| 23. Wells Fargo Bank Business Checking (4445)<br><br>For Richard Kegel, 18-07419-LT7. Also relates to Asset #1. | 12.00 | 0.00 | | 0.00 | FA |
| 24. RS Design & Development, Inc. (100% Ownership)<br><br>For Richard Kegel, 18-07419-LT7. | 0.00 | 0.00 | | 0.00 | FA |
| 25. 951 Seacoast Trust Established 10-21-2013<br><br>For Richard Kegel, 18-07419-LT7 | 0.00 | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 18-07412 | LT | Judge: | Laura S. Taylor | Trustee Name: | Christopher R. Barclay |
| Case Name: | RS. Design & Development, Inc. | | | | Date Filed (f) or Converted (c): | 12/18/2018 (f) |
| | Richard Kegel, Case No. 18-07419-LT7 | | | | 341(a) Meeting Date: | 02/26/2019 |
| For Period Ending: | 10/14/2021 | | | | Claims Bar Date: | 08/14/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 26.  Liberty Mutual Insurance Policy for Property Development Project <br><br> For Richard Kegel, 18-07419-LT7. | Unknown | 0.00 | | 0.00 | FA |
| 27.  Two Professional Negligence Claims against Richard Leuthold <br><br> Property abandoned by trustee per notice of proposed abandonment filed on April 12, 2021 [Docket 255 for RS. Design bankruptcy case]. <br><br> For Richard Kegel, 18-07419-LT7.  Also relates to Asset #5. | 750,000.00 | 0.00 | OA | 0.00 | FA |
| 28.  Professional Negligence Claim against Sean Foldenauer <br><br> Property abandoned by trustee per notice of proposed abandonment filed on April 12, 2021 [Docket 254  for RS. Design bk case]. <br><br> For Richard Kegel, 18-07419-LT7.  Also relates to Asset #4. | 250,000.00 | 0.00 | OA | 0.00 | FA |
| 29.  State Court Appeal of Judgment entered in Kullberg v. Kegel <br><br> For Richard Kegel, 18-07419-LT7.  Also relates to Asset #7. | 175,000.00 | 0.00 | | 0.00 | FA |
| 30.  Professional Negligence Claim Against David Speckman <br><br> For Richard Kegel, 18-07419-LT7.  Also relates to Asset #6. | 500,000.00 | 0.00 | | 0.00 | FA |
| 31.  Claim Against Realtor Soraya Pizzey for Breach of Fidicuary Duty <br><br> For Richard Kegel, 18-07419-LT7. Also relates to Asset #8. | 3,000,000.00 | 0.00 | | 0.00 | FA |
| 32.  Claim for Refund for Fees Paid Without Services Rendered Against Mark Fisher <br><br> For Richard Kegel, 18-07419-LT7. Also relates to Asset #9. | 9,000.00 | 0.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 18-07412 LT | |
| Case Name: | RS. Design & Development, Inc. | |
| | Richard Kegel, Case No. 18-07419-LT7 | |
| For Period Ending: | 10/14/2021 | |

| | |
|---|---|
| Judge: | Laura S. Taylor |

| | |
|---|---|
| Trustee Name: | Christopher R. Barclay |
| Date Filed (f) or Converted (c): | 12/18/2018 (f) |
| 341(a) Meeting Date: | 02/26/2019 |
| Claims Bar Date: | 08/14/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 33. Inventory - 1998 Nissan Altima<br><br>For Richard Kegel, 18-07419-LT7.  Property abandoned by trustee per notice of proposed abandonment filed on November 14, 2019 [Docket 110]. Order approving abandonment entered on May 17, 2021 [Docket No. 264]. | 1,050.00 | 0.00 | OA | 0.00 | FA |
| 34. Inventory - 2003 Mercedes Benz SL500<br><br>For Richard Kegel, 18-07419-LT7.  Property abandoned by trustee per notice of proposed abandonment filed on November 14, 2019 [Docket 110]. Order approving abandonment entered on May 17, 2021 [Docket No. 264]. | 5,628.00 | 0.00 | OA | 0.00 | FA |
| 35. Inventory - 1991 Mercedes-Benz 500SL<br><br>For Richard Kegel, 18-07419-LT7.  Claimed fully exempt by debtor.  Abandoned by trustee per notice of proposed abandonement filed on November 4, 2019 [Doclet 101].  Order approving abandonment entered on January 16, 2020 [Docket 141]. | 1,607.00 | 0.00 | OA | 0.00 | FA |
| 36. Good Faith Deposit from Calle Media LLC (u)<br><br>Good faith deposit regarding sale of estate's interest in 951 Seacoast Drive property. | Unknown | 0.00 | | 0.00 | FA |
| 37. Claim Against Jeffrey Middaugh (u)<br><br>Asset abandoned per notice of proposed abandonment filed on October 20, 2020 [Docket 225]. Order approving abandonment entered on January 7, 2021 [Docket 250]<br><br>Nature of Claim: Real Estate Fraud; Amount requested: $3,000,000.00.  Asset disclosed per amended schedules filed on December 6, 2019 [Docket 126].  Per amended schedules filed on December 6, 2019, value changed from unknown to $3,000,000.00 [Docket 127]. | 3,000,000.00 | 1.00 | OA | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 18-07412 | LT | Judge: | Laura S. Taylor | Trustee Name: | Christopher R. Barclay |
|---|---|---|---|---|---|---|

Case Name:   RS. Design & Development, Inc.

Richard Kegel, Case No. 18-07419-LT7

For Period Ending:   10/14/2021

Date Filed (f) or Converted (c):   12/18/2018 (f)

341(a) Meeting Date:   02/26/2019

Claims Bar Date:   08/14/2019

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 38.  Claim Against Peter Harper, P&S Realty Investments, Inc., SD Lending, LLC (u)<br><br>Asset abandoned per notice of proposed abandonment filed on October 20, 2020 [Docket 225]. Order approving abandonment entered on January 7, 2021 [Docket 250]<br><br>Nature of Claim: Real Estate Fraud; Amount requested: $3,000,000.00.  Asset disclosed per amended schedules filed on December 6, 2019 [Docket 126].  Per amended schedules filed on December 6, 2019, value changed from unknown to $3,000,000.00 [Docket 127]. | 3,000,000.00 | 1.00 | OA | 0.00 | FA |
| 39.  Claim Against Robert Dunn, et al. (u)<br><br>Asset abandoned per notice of proposed abandonment filed on October 20, 2020 [Docket 225]. Order approving abandonment entered on January 7, 2021 [Docket 250]<br><br>Claim against Robert Dunn, Equity Trust Company Custodian FBO Dunn IRA #200291955; Nature of Claim: Real Estate Fraud; Amount requested: $3,000,000.00.  Asset disclosed per amended schedules filed on December 6, 2019 [Docket 126].  Per amended schedules filed on December 6, 2019, value changed from unknown to $3,000,000.00 [Docket 127]. | 3,000,000.00 | 1.00 | OA | 0.00 | FA |
| 40.  Claim Against Fernando Silva (u)<br><br>Claim Against Fernando Silva; Nature of Claim: Usury - Predatory Lending; Amount requeted: $625,000.00.  Asset disclosed per amended schedules filed on December 6, 2019 [Docket 126].  Per amended schedules filed on December 6, 2019, value changed from unknown to $625,000.00 [Docket 127]. | 625,000.00 | 1.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 18-07412 | LT | Judge: | Laura S. Taylor | | Trustee Name: | | Christopher R. Barclay |

| Case Name: | RS. Design & Development, Inc. | | | | | Date Filed (f) or Converted (c): | | 12/18/2018 (f) |

| | Richard Kegel, Case No. 18-07419-LT7 | | | | | 341(a) Meeting Date: | | 02/26/2019 |

| For Period Ending: | 10/14/2021 | | | | | Claims Bar Date: | | 08/14/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 41.  Claim Against Javier Villela (u)<br><br>Claim against Javier Villela; Nature of Claim: Usury - Predatory Lending; Amount requested: $625,000.00.  Asset disclosed per amended schedules filed on December 6, 2019 [Docket 126].  Per amended schedules filed on December 6, 2019, value changed from unknown to $625,000.00 [Docket 127]. | 625,000.00 | 1.00 | | 0.00 | FA |
| 42.  Claim Against Kathryn Silva (u)<br><br>Claim against Kathryn Silva; Nature of Claim: Usury - Predatory Lending; Amount requested: $625,000.00.  Asset disclosed per amended schedules filed on December 6, 2019 [Docket 126].  Per amended schedules filed on December 6, 2019, value changed from unknown to $625,000.00 [Docket 127]. | 625,000.00 | 1.00 | | 0.00 | FA |
| 43.  Claim Against Al Apuzzo, Lee & Associates Commerical Real Estate Services (u)<br><br>Claim against Al Apuzzo, Lee & Associates Commercial Real Estate Services; Nature of Claim: Professional Negligence; Amount requested: $2,500,000.00. Asset disclosed per amended schedules filed on December 6, 2019 [Docket 126]. Per amended schedules filed on December 6, 2019, value changed from unknown to $2,500,000.00 [Docket 127]. | 2,500,000.00 | 0.00 | | 0.00 | FA |
| 44.  Claim Against  Matt Weaver, Lee & Associates Commercial Real Estate Services (u)<br><br>Claim against  Matt Weaver, Lee & Associates Commercial Real Estate Services; Nature of Claim: Professional Negligence - of Listing Brokers; Amount requested: $2,500,000.00. Asset disclosed per amended schedules filed on December 6, 2019 [Docket 126]. Per amended schedules filed on December 6, 2019, value changed from unknown to $2,500,000.00 [Docket 127]. | 2,500,000.00 | 0.00 | | 0.00 | FA |

**FORM 1**
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| Case No: | 18-07412 | LT | Judge: | Laura S. Taylor | Trustee Name: | Christopher R. Barclay |
|---|---|---|---|---|---|---|
| Case Name: | RS. Design & Development, Inc. | | | | Date Filed (f) or Converted (c): | 12/18/2018 (f) |
| | Richard Kegel, Case No. 18-07419-LT7 | | | | 341(a) Meeting Date: | 02/26/2019 |
| For Period Ending: | 10/14/2021 | | | | Claims Bar Date: | 08/14/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 45. Claim Against Lee & Associates Commercial Real Estate Services (u)<br><br>Claim against Lee & Associates Commercial Real Estate Services; Nature of Claim: Professional Negligence of Brokers; Amount requested: $2,500,000.00. Asset disclosed per amended schedules filed on December 6, 2019 [Docket 126]. Per amended schedules filed on December 6, 2019, value changed from unknown to $2,500,000.00 [Docket 127]. | 2,500,000.00 | 0.00 | | 0.00 | FA |
| 46. 506(c) Surcharge Per Settlement with Equity Trust Company (u)<br><br>Funds retained by estate per terms of settlement with Equity Trust Company; Order approving settlement entered on April 2, 2020 [Docket No. 160]. | Unknown | 18,702.47 | | 18,702.47 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $27,087,697.00 | $109,666.74 | | $1,673,702.47 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

SECOND REPORTING PERIOD THROUGH MARCH 31, 2021:

On April 20, 2020, the trustee filed an ex parte application to employ his firm, Office of C.R. Barclay, CPA ("OoCRB"), as accountant. The order authorizing the employment of OoCRB as accountant was entered by the court on April 24, 2020.

During this period, the trustee reached agreements with third parties regarding the certain claims in the case.

With the assistance of his counsel, the trustee reached an agreement with Daniel Kullberg. On May 6, 2020, the trustee filed a notice of intended action seeking approval of the agreement with Mr. Kullberg. The Kegels opposed the proposed Kullberg settlement. On July 20, 2020, the court entered an order approving Kullberg settlement. Pursuant to the court approved agreement, Mr. Kullberg stipulated to avoidance of his judgment lien as a preference under section 547 of the Bankruptcy Code and was granted an allowed general unsecured claim in the amount of $157,132.53.

With the assistance of his counsel, the trustee reached an agreement with Fernando and Kathryn Silva and Javier Villela. On May 6, 2020, the trustee filed a notice of intended action seeking approval of the agreement with the Silvas and Mr. Villela. The Kegels opposed the proposed Silva/Villela settlement. On July 20, 2020, the court entered an order

Exhibit 8

approving Silva/Villela settlement. Pursuant to the court approved agreement, the Silva/Villela deed of trust was allowed in the amount of $168,250.00 with the remaining amount of the lien totaling $354,222.27 avoided and preserved for the benefit of the debtors' consolidated estate under sections 547 and 550 of the Bankruptcy code. Trustee paid $56,818.03 to the Silvas and $111,431.97 to Mr. Villela on account of the unavoided secured claim. The remainder of the Silva/Villela claim was reduced to $122,500.00 and allowed as a general unsecured claim.

On June 11, 2020, trustee filed a motion to determine the proper amount of the P&S Realty and SD Lending secured claims and surcharge those entities' collateral. As explained in the motion, P&S Realty and SD Lending claimed to be owed an additional $214,194.34 in interest and late fees. Trustee contended that the additional sought by P&S Realty and SD Lending were illegal, excessive, and should be disallowed. In addition, trustee sought to surcharge these entities' collateral to compensate debtors' consolidated bankruptcy estate for their fair share of the trustee's necessary and reasonable expenses in preserving and selling the Seacoast Drive property. P&S Realty and SD Lending opposed the motion. At the hearing on July 23, 2020, the Court continued the matter and requested additional briefing.

Thereafter, trustee reached a settlement with P&S Realty and SD Lending. On August 25, 2020, trustee filed a notice of intended action seeking approval of the settlement with P&S Realty and SD Lending. The Kegels opposed the proposed P&S Reaty/SD Lending settlement. On October 21, 2020, the court entered an order approving the P&S Realty/SD Lending settlement. Pursuant to the court approved agreement, P&S Realty and SD Lending reduced the additional amounts sought from $214,194.34 to $95,000.00, and waived any additional claims against the estate. Trustee paid the settlement payment to P&S Realty and SD Lending on November 28, 2020.

On August 19, 2020, the trustee filed a notice of intended action and opportunity for hearing notifying all parties in interest of his intent to pay annual franchise taxes as they become due during the administration of the bankruptcy case. The order authorizing the trustee to pay the annual franchise taxes as they come due during the administration of the bankruptcy was entered on September 17, 2020. During this period, trustee issued payments of the franchise taxes for 2019, 2020, and 2021.

With the assistance of OoCRB, trustee filed the estate's federal and state Corporate income tax returns for 2015, 2016, 2017, 2018, 2019 and 2020 as wells as 2019 fiduciary income tax returns for the Richard Kegel estate. Trustee also requested prompt audit assessments for the 2018 and 2019 returns which encompass the period subsequent to the bankruptcy case.

On October 20, 2020 trustee filed a notice of proposed abandonment of the debtors' consolidated estate's potential affirmative claims against P&S Realty, SD Lending, Peter Harper, Dunn and/or Jeffrey Middaugh. No party opposed the notice and on January 7, 2021, the court approved the abandonment of the potential affirmative claims against P&S Realty, SD Lending, Peter Harper, Dunn and/or Jeffrey Middaugh.

With respect to the trustee's objections to debtor's claim of exemptions, the trustee's counsel appeared at the continued hearing on November 5, 2020 and withdrew the objection because it was mooted as a result of the court approved settlements with the senior consensual lienholders.

During this period, trustee's professionals sought approval of their final fees and costs. The Kegels opposed the FTRL and OoCRB fee applications. The court approved the fee applications for FTRL and OoCRB by orders entered on December 3, 2020.

During this period, the trustee investigated the validity of the filed claims in the case. The trustee is communicating with several claimants regarding issues with their claims. With respect to Claim No. 1 of Jeffrey Middaugh, pursuant to the trustee's request, Mr. Middaugh agreed to withdraw his claim in the case. The notice of withdrawal of Claim No 1 was filed on March 26, 2021. The trustee continues to finalize his claims work.

With respect to debtors' consolidated estate's potential affirmative claims against Sean Foldenauer and Richard Leuthold, the trustee has determined that there is no value in the claims and will file a notice of abandonment of the claims.

In light of the trustee's completion of case closing activities, the trustee changed his initial TFR date of November 30, 2020 to September 30, 2021.

Case to remain open as an asset case pending completion of case closing activities and filing of required final reports.


FIRST REPORTING PERIOD THROUGH MARCH 31, 2020:

Case Summary and Chronology to Date:

This case was commenced by the filing of an involuntary chapter 7 petition on December 18, 2018. Pursuant to the court order entered on May 8, 2019, this case is substantially consolidated with the case titled In re Richard Kegel, Case No. 18-07419-LT7 (the "Kegel Case") and RS. Design & Development, Inc. is the lead case ("RS. Design Case"). All of the activity in the Kegel Case prior to consolidation is reported in the RS Design case.

With respect to the RS. Design Case, the trustee conducted the initial 341(a) meeting of creditors on February 26, 2019.

With respect to the Kegel case, the trustee conducted the initial meeting of creditors on January 17, 2019. The trustee conducted continued meetings of creditors on February 6, February 26, March 26, and April 30, 2019. The trustee investigated the estate's interest in real property located 951 Seacoast Drive, Imperial Beach, California (the "Property").

The trustee has engaged the attorneys at Finlayson Toffer Roosevelt & Lilly LLP ("FTRL") to represent the estate.  An ex parte application to employ FTRL effective as of December 19, 2018 was filed in the Kegel Case on January 18, 2019.  The court approved the employment of FTRL by order entered on January 28, 2019.

With the assistance of his counsel, on April 2, 2019, the trustee filed a motion for substantive consolidation of the two chapter 7 cases.  The substantive consolidation motion was approved by Court order entered on May 8, 2019.  Pursuant to the Court order entered on May 8, 2019, the two cases were substantively consolidated and trustee was authorized to transfer title to the Property from the RS. Design & Development, Inc. bankruptcy estate to Mr. Kegel's individual bankruptcy estate.  The trustee requested this authority to ensure that any capital gains from the sale of the Property are properly reported for tax purposes.

On April 25, 2019, the trustee filed an ex parte application for order authorizing trustee to employ Lee & Associates, Inc. – NSDC as his real estate broker (the "Application to Employ Real Estate Broker"). The court approved the Application to Employ Real Estate Broker by order entered on May 6, 2019.  The order provided that the employment of Broker shall be effective as of April 22, 2019 and for a term not to exceed 180 days.

On May 16, 2019, the trustee filed a request for a claims bar date.  The last day for creditors to file claims was August 14, 2019.

On May 30, 2019, the trustee filed an objection to debtor's claim of exemption on the grounds that Mr. Kegel did not hold any interest in the Property  on the petition date. Instead, the Property was owned on the petition date by RS. Design & Development.  As a corporation, RS. Design is not entitled to protection of the homestead exemption.  On June 13, 2019, Mr. Kegel filed a request for hearing and opposition to the trustee's objection.  On June 20, 2019, the trustee filed a reply brief in support of his objection. The hearing on Mr. Kegel's opposition to the trustee's objection to debtor's claim of exemption was scheduled to take place on August 1, 2019.  Prior to the hearing, the trustee with the agreement of the debtors requested that the matter be continued to October 3, 2019.  The matter was continued multiple times to allow the parties to negotiate a possible resolution.  The hearing on the trustee's objection is scheduled to take place on April 7, 2020.

Through the marketing efforts of the real estate broker, the trustee received an offer in the amount of $1,300,000.00 from buyer QJ Development, LLC for the Property.

On October 18, 2019, the trustee filed an ex parte application to extend the employment of the real estate broker (the "Application to Extend Employment").

On October 22, 2019, the trustee filed a motion to sell free and clear of liens (the "Sale Motion").

Mr. Kegel opposed the Application to Extend Employment and the Sale Motion.  On November 4, 2019, the court entered an order scheduling the Application to Extend Employment for hearing on November 19, 2019.  On November 12, 2019, the trustee filed a reply to Mr. Kegel's opposition to the Application to Extend Employment.

The hearings on the Sale Motion and the Application to Extend Employment took place on November 19, 2019.  Prior to the hearing on the Sale Motion, the trustee received two overbids for the Property.  At the hearing on the Sale Motion, the trustee informed the court that there were three bidders to purchase the Property.  In light of the foregoing, the court continued the hearings on the Sale Motion and the Application to Extend Employment to December 6, 2019 so that the court may conduct auction with respect to the sale of the Property.  On December 2, 2019, the trustee filed a reply in support of the Sale Motion.  At the hearing on December 6, 2019, the court conducted an auction and granted the Sale Motion whereby RC Commercial Holdings, LLC was determined to be the winning bidder with the final bid of $1,655,000.00. At the hearing, the court also approved the Application to Extend Employment. The order granting the Sale Motion was entered on December 13, 2019.  The order approving the Application to Employment was entered on December 17, 2019.

Escrow for the sale of the Property closed on December 27, 2019.  The net proceeds from the sale were $1,448,428.24 (gross $1,655,000.00). The trustee's report of sale was filed on January 8, 2020.

With the assistance of his counsel, the trustee reached an agreement with Equity Trust Company Custodian FBO Dunn IRA #200291955 ("Dunn").  On February 28, 2020, the trustee filed a notice of intended action seeking approval of the agreement with Dunn.  No party opposed the notice and on April 2, 2020, the court entered an order approving the notice. Pursuant to the court approved agreement, Dunn's secured claim is allowed in the amount of $132,566.67.  Of this amount (a) $88,864.20 has already been paid by the trustee; (b) trustee shall pay Dunn an additional $25,000.00 from the net proceeds of the sale of the Property no later than 10 court days after the Approval Order becomes final and non-appealable; and (c) the remaining $18,702.47 shall be retained by the trustee from the net proceeds of the sale of the Property in the form of a surcharge for the benefit of debtors' consolidated bankruptcy estate under section 506(c) of the Bankruptcy Code free and clear of any and all claims, liens, or encumbrances. Trustee also agreed to waive any further objections to Dunn's secured claim.

During this period, trustee also investigated the debtors' claims against various parties.  On February 25, 2020, trustee filed an ex parte application for FRBP 2004 examination authorizing trustee to issue subpoenas to P&S Realty Investments, Inc., SD Lending, LLC, Peter Harper, and Jeffrey Middaugh. The order approving the ex parte application was entered by the court on February 26, 2020. On March 3, 2020, trustee also filed an ex parte application for FRBP 2004 examination authorizing trustee to issue subpoenas to Fernando Silva, Kathryn Silva, and Javier Villela.  The order approving the ex parte application was entered by the court on March 4, 2020.  Trustee's investigation regarding the debtors' claims against these parties is still ongoing.

The trustee intends to employ Office of C.R. Barclay, CPA as accountant to assist in the preparation of the estate's tax returns.

1. Assets That Will be Abandoned

The trustee determined that asset numbers 2, 11 through 20, 33, 34 and 35 are of inconsequential value to the estate and were abandoned pursuant to the entered orders approving the trustee's notices of proposed abandonment entered on January 16, 2020.

Exhibit 8

2.Status of Liquidation Efforts

On December 31, 2019, the trustee received the net proceeds from the sale of the Property (net $1,448,428.24; gross $1,655,000.00).

3.Status of Adversary Actions and Appeals

No adversaries or appeals have been filed by the trustee in this case.

4.Status of Claims Review/Objections

The claims bar date expired on October 22, 2019. The total amount of filed claims is $904,631.16. The trustee has not yet performed a review of the filed claims yet.

5.Status of Tax Returns

No tax returns have been due or filed during this period.

6.Other Actions Necessary to Complete Administration of the Case

Case to remain open as an asset case pending completion of trustee's investigation and liquidation activities and filing of required final reports.

Initial Projected Date of Final Report (TFR): 11/30/2020          Current Projected Date of Final Report (TFR): 09/30/2021

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 18-07412 | Trustee Name: Christopher R. Barclay |
| Case Name: RS. Design & Development, Inc. | Bank Name: Axos Bank |
| Richard Kegel, Case No. 18-07419-LT7 | Account Number/CD#: XXXXXX0540 |
| | Checking |
| Taxpayer ID No: XX-XXX0660 | Blanket Bond (per case limit): $22,500,000.00 |
| For Period Ending: 10/14/2021 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/21/19 | 3 | RC Commercial Holdings LLC c/o Flavia Berys, Esq. 340 S. Lemon Ave. #2066 Walnut, CA  91789 | Good Faith Deposit | 1110-000 | $45,000.00 | | $45,000.00 |
| 11/21/19 | 36 | Calle Media, LLC c/o Basil Raffo Market to Market 921 Seacoast dr Imperial Beach, CA 91932 | Good Faith Deposit | 1280-000 | $45,000.00 | | $90,000.00 |
| 12/31/19 | | Ticor Title and Escrow 2275 Rio Bonito Way, Suite 160 San Diego, CA  92108 | Sale of Residence per order approving sale of real property entered on December 13, 2019 [Docket 128]. | | $1,448,428.27 | | $1,538,428.27 |
| | | | Gross Receipts              $1,610,000.00 | | | | |
| | | Ticor Title Company of California | Escrow and Title Charges       ($2,955.50) | 2500-000 | | | |
| | | Ticor Title Company of California | Recording fees                    ($1,852.50) | 2500-000 | | | |
| | | QJ Development LLC | Break Up Fee                    ($39,000.00) | 2500-000 | | | |
| | | Disclosure Source | Natural Hazard Disclosure          ($99.00) | 2500-000 | | | |
| | | San Diego County Tax Collector | County Taxes                    ($15,387.73) | 2820-000 | | | |
| | | | Seller Paid Owners Policy        ($2,977.00) | 2500-000 | | | |
| | | Lee & Associates Commercial RE Services | Commission for Trustee's Broker   ($49,650.00) | 3510-000 | | | |
| | | Flavia Berys | Commision for Buyer's Broker    ($49,650.00) | 3510-000 | | | |
| | 3 | | 951 Seacoast Drive, Imperial Beach, CA 91932     $1,610,000.00 | 1110-000 | | | |

| | | |
|---|---|---|
| UST Form 101-7-TDR (10/1/2010) *(Page: 22)* | Page Subtotals: $1,538,428.27     $0.00 | |

**Page:** 2

**FORM 2**

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 18-07412

Case Name: RS. Design & Development, Inc.

Richard Kegel, Case No. 18-07419-LT7

Taxpayer ID No: XX-XXX0660

For Period Ending: 10/14/2021

Trustee Name: Christopher R. Barclay

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0540

Checking

Blanket Bond (per case limit): $22,500,000.00

Separate Bond (if applicable):

Exhibit 9

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/06/20 | 2001 (36) | Calle Media, LLC<br>c/o Basil Raffo<br>1863 Dehesa Rd<br>El Cajon, CA  92019 | Refund Good Faith Deposit<br>re purchase of 951 Seacoast Dr | 1280-000 | ($45,000.00) | | $1,493,428.27 |
| 01/13/20 | 2002 | P & S Realty Investments, Inc.<br>10880 Hess Dr.<br>La Mesa, CA  91941 | 1st Deed of Trust<br>951 Seacoast Dr.<br>Imperial Beach, CA<br>Payment of Principal Balance<br>in Full | 4110-000 | | $375,000.00 | $1,118,428.27 |
| 01/13/20 | 2003 | SD Lending, LLC<br>10880 Hess Dr.<br>La Mesa, CA  91941 | 2nd Deed of Trust<br>951 Seacoast Dr.<br>Imperial Beach, CA<br>Payment of Principal Balance<br>in Full | 4110-000 | | $425,000.00 | $693,428.27 |
| 01/13/20 | 2004 | Equity Trust Company Custodian<br>FBO Dunn IRA #200291955<br>c/o Mr. Rob Dunn<br>2550 Denver Street<br>San Diego, Ca  92110 | 3rd Deed of Trust<br>951 Seacoast Drive<br>Imperial Beach, CA<br>Payment of Principal Balance<br>and Advances, in full. | 4110-000 | | $88,864.20 | $604,564.07 |
| 04/28/20 | 2005 | Equity Trust Company Custodian<br>FBO Dunn IRA #200291955<br>c/o Mr. Rob Dunn<br>2550 Denver Street<br>San Diego, Ca  92110 | 3rd Deed of Trust<br>951 Seacoast Drive<br>Imperial Beach, CA<br>Payment of settlement amount<br>concerning balance of claim -<br>settled claim amount paid in full | 4110-000 | | $25,000.00 | $579,564.07 |
| 07/15/20 | 2006 | Franchise Tax Board<br>POB 942857<br>Sacramento, CA  94257-0531 | 2019 Form 3539<br>FEIN XX-XXX060 | 2820-000 | | $841.00 | $578,723.07 |
| 07/15/20 | 2007 | Franchise Tax Board<br>POB 942857<br>Sacramento, CA  94257-0531 | 2020 Form 100-ES<br>FEIN XX-XXX060 | 2820-000 | | $800.00 | $577,923.07 |
| 08/11/20 | 2008 | Javier Villela<br>1550 Goldfield St<br>Apt 19<br>San Diego, CA  92110 | Settlement Payment<br>Order Entered 7/20/2020<br>Docket Entry #198 | 4110-000 | | $111,431.97 | $466,491.10 |

Page Subtotals:  ($45,000.00)  $1,026,937.17

UST Form 101-7-TDR (10/1/2010) *(Page: 23)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: 18-07412 | Trustee Name: Christopher R. Barclay |
| Case Name: RS. Design & Development, Inc. | Bank Name: Axos Bank |
| Richard Kegel, Case No. 18-07419-LT7 | Account Number/CD#: XXXXXX0540 |
| | Checking |
| Taxpayer ID No: XX-XXX0660 | Blanket Bond (per case limit): $22,500,000.00 |
| For Period Ending: 10/14/2021 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/11/20 | 2009 | Fernando & Kathryn Silva 2121 Ainsley Rd San Diego, CA  92123 | Settlement Payment Order Entered 7/20/2020 Docket Entry #198 | 4110-000 | | $56,818.03 | $409,673.07 |
| 11/28/20 | 2011 | SD Lending, LLC 10880 Hess Dr. La Mesa, CA  91941 | 2nd Deed of Trust Reversal Check generated in error.  Not printed. | 4110-000 | | ($425,000.00) | $834,673.07 |
| 11/28/20 | 2010 | P & S Realty Investments, Inc. 10880 Hess Dr. La Mesa, CA  91941 | 1st Deed of Trust 951 Seacoast Dr. Imperial Beach, CA Payment in Full Per Order Entered 10.21.2020 Docket #226 | 4110-000 | | $38,570.00 | $796,103.07 |
| 11/28/20 | 2011 | SD Lending, LLC 10880 Hess Dr. La Mesa, CA  91941 | 2nd Deed of Trust 951 Seacoast Dr. Imperial Beach, CA Payment in Full Per Order Entered 10.21.2020 Docket #226 | 4110-000 | | $425,000.00 | $371,103.07 |
| 11/28/20 | 2012 | SD Lending, LLC 10880 Hess Dr. La Mesa, CA  91941 | 2nd Deed of Trust 951 Seacoast Dr. Imperial Beach, CA Payment in Full Per Order Entered 10.21.2020 Docket #226 | 4110-000 | | $56,430.00 | $314,673.07 |
| 12/16/20 | 2013 | Finlayson Toffer et al 15615 Alton Parkway, Suite 250 Irvine, CA  92618 | Allowed Final Attorney Fees Per Order Entered 12.3.20 Docket #244 | 3210-000 | | $166,318.00 | $148,355.07 |
| 12/16/20 | 2014 | Finlayson Toffer et al 15615 Alton Parkway, Suite 250 Irvine, CA  92618 | Allowed Final Attorney Costs Per Order Entered 12.3.20 Docket #244 | 3220-000 | | $1,608.58 | $146,746.49 |
| 12/16/20 | 2015 | Finlayson Toffer et al 15615 Alton Parkway, Suite 250 Irvine, CA  92618 | Allowed Final Attorney Fees Per Order Entered 12.3.20 Docket #244 Supplemental Fees per invoice #21371; payment capped at $3,000.00 per order. | 3210-000 | | $3,000.00 | $143,746.49 |

Page Subtotals: $0.00 $322,744.61

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:  18-07412
Case Name:  RS. Design & Development, Inc.
Richard Kegel, Case No. 18-07419-LT7

Taxpayer ID No: XX-XXX0660
For Period Ending: 10/14/2021

Trustee Name:  Christopher R. Barclay
Bank Name:  Axos Bank
Account Number/CD#:  XXXXXX0540
Checking
Blanket Bond (per case limit):  $22,500,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/16/20 | 2016 | Office of C. R. Barclay, CPA 5055 N. Harbor Dr., Suite 210 San Diego, CA  92106 | Allowed Accountants Compensation - Final Award Per Order Entered 12.3.2020 Docket #245 | | | $8,928.50 | $134,817.99 |
| 12/16/20 | 2017 | Office of C. R. Barclay, CPA 5055 N. Harbor Dr., Suite 210 San Diego, CA  92106 | Allowed Accountants Costs - Final Award Per Order Entered 12.3.2020 Docket #245 | | | $533.00 | $134,284.99 |
| 03/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | | | $133.92 | $134,151.07 |
| 03/14/21 | 2018 | Franchise Tax Board POB 942857 Sacramento, CA  94257-0531 | 2021 Form 100-ES FEIN XX-XXX060 | | | $800.00 | $133,351.07 |
| 04/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | | | $148.13 | $133,202.94 |
| 05/17/21 | | Equity Trust Company Cusotdian Fbo Dunn Ira#200291955 Po Box 45290 Westlake Oh 44145 | 506(c) Surcharge Per Settlement With Equity Trust Company; Order approving settlement entered on 4/2/2020 [Docket No. 160]. | | $0.00 | | $133,202.94 |
| | | | Gross Receipts | $18,702.47 | | | |
| | | Equity Trust Company Cusotdian Fbo Dunn Ira#200291955 Po Box 45290 Westlake Oh 44145 | retained by the trustee from the net proceeds of the sale of the property in the form of a surcharge for the benefit of debtors' consolidated bankruptcy estate under section 506(c) of the Bankruptcy Code free and clear of any and all claims, liens, or en | ($18,702.47) | 4110-002 | | |
| | 46 | | 506(c) Surcharge Per Settlement with Equity Trust Company | $18,702.47 | 1249-000 | | |

Page Subtotals:          $0.00          $10,543.55

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No:  18-07412 | Trustee Name:  Christopher R. Barclay |
| Case Name:  RS. Design & Development, Inc. | Bank Name:  Axos Bank |
| Richard Kegel, Case No. 18-07419-LT7 | Account Number/CD#:  XXXXXX0540 |
| | Checking |
| Taxpayer ID No:  XX-XXX0660 | Blanket Bond (per case limit):  $22,500,000.00 |
| For Period Ending:  10/14/2021 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/13/21 | 2019 | Christopher R. Barclay, Chapter 7 Trustee P.O. BOX 2819, LA MESA, CA  91943-2819 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2100-000 | | $72,900.00 | $60,302.94 |
| 08/13/21 | 2020 | Christopher R. Barclay, Chapter 7 Trustee P.O. BOX 2819, LA MESA, CA  91943-2819 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2200-000 | | $1,472.93 | $58,830.01 |
| 08/13/21 | 2021 | UNITED STATES BANKRUPTCY COURT Southern District of California 325 West F Street San Diego, CA  92101 | Final distribution creditor account # representing a payment of 100.00 % per court order. | 2700-000 | | $14.00 | $58,816.01 |
| 08/13/21 | 2022 | FRANCHISE TAX BOARD Franchise Tax Board Bankruptcy Section Ms A340 Po Box 2952 Sacramento Ca 95812-2952 | Final distribution to claim 2 creditor account # representing a payment of 100.00 % per court order. | 5800-000 | | $2,557.62 | $56,258.39 |
| 08/13/21 | 2023 | Richard Leuthold, Esq. Hacienda Corporate Center 12625 High Bluff Rd, Ste. 306 San Diego, Ca 92130 | Final distribution to claim 3 creditor account # representing a payment of 15.50 % per court order. | 7100-000 | | $5,841.50 | $50,416.89 |
| 08/13/21 | 2024 | Mims Lundegren 4152 Mount Alifan Place #C San Diego, Ca 92111 | Final distribution to claim 4 creditor account # representing a payment of 15.50 % per court order. | 7100-000 | | $240.19 | $50,176.70 |
| 08/13/21 | 2025 | Daniel Kullberg C/O Law Offices Of Marc S Bragg 415 Laurel St., PMB 214 San Diego, CA 92101 | Final distribution to claim 6 creditor account # representing a payment of 15.50 % per court order. | 7100-000 | | $24,349.16 | $25,827.54 |
| 08/13/21 | 2026 | Fernando Silva and Kathryn Silva 2121 Ainsley Road San Diego, Ca 92108 | Final distribution to claim 7 creditor account # representing a payment of 15.50 % per court order. | 7100-000 | | $6,410.40 | $19,417.14 |
| 08/13/21 | 2027 | Javier Villela 1550 Goldfield St Apt. 19 San Diego, CA 92110 | Final distribution to claim 7 creditor account # representing a payment of 15.50 % per court order. | 7100-000 | | $12,572.12 | $6,845.02 |

Page Subtotals:                    $0.00          $126,357.92

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 18-07412 | | Trustee Name: | Christopher R. Barclay | Exhibit 9 |
|---|---|---|---|---|---|
| Case Name: | RS. Design & Development, Inc. | | Bank Name: | Axos Bank | |
| | Richard Kegel, Case No. 18-07419-LT7 | | Account Number/CD#: | XXXXXX0540 | |
| | | | | Checking | |
| Taxpayer ID No: | XX-XXX0660 | | Blanket Bond (per case limit): | $22,500,000.00 | |
| For Period Ending: | 10/14/2021 | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/13/21 | 2028 | Deepalie Milie Joshi, Esq. Joshi Law Group 8555 Aero Drive, Ste. 303 San Diego, Ca 92123 | Final distribution to claim 8 creditor account # representing a payment of 15.50 % per court order. | 7100-000 | | $774.80 | $6,070.22 |
| 08/13/21 | 2029 | Foldenauer Law Group Aplc 2550 Fifth Ave Suite 630 San Diego Ca 92103 | Final distribution to claim 9 creditor account # representing a payment of 15.50 % per court order. | 7100-000 | | $6,070.22 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $1,493,428.27 | $1,493,428.27 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $1,493,428.27 | $1,493,428.27 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,493,428.27 | $1,493,428.27 |

| Page Subtotals: | $0.00 | $6,845.02 |
|---|---|---|

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0540 - Checking | $1,493,428.27 | $1,493,428.27 | $0.00 |
| | $1,493,428.27 | $1,493,428.27 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $180,274.20 |
| Total Net Deposits: | $1,493,428.27 |
| Total Gross Receipts: | $1,673,702.47 |